

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| READYONE INDUSTRIES, INC., | § | No. 08-14-00135-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| ROBERTO CASILLAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2013-DCV-3700) |
| | § | |

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **September 4, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Alex Acosta, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before September 4, 2014.

IT IS SO ORDERED this 27th day of August, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.